AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

FILED
MAY 31 2017
CLERK

United States of America
v.
Clarence Yellow Hawk, a/k/a Robert Pullian, a/k/a Clarence Yellow Elk and Scott Edison Benson

*Defendant(s)*

Case No. 05:17-MJ-00084

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 27, 2017__ in the county of __Oglala Lakota__ in the _____ District of __South Dakota__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1111, 2, & 1153 | First Degree Murder |

This criminal complaint is based on these facts:

On or about May 27, 2017, near Sharps Corner, in the District of South Dakota, the defendants, Clarence Yellow Hawk, a/k/a Robert Pullian, a/k/a Clarence Yellow, and Scott Edison Benson, Indian persons, with malice aforethought did unlawfully kill Christopher Janis, by shooting him, and did aid and abet others in doing so, all in violation of 18 U.S.C. §§ 1111(a), 2 and 1153.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Matt Weber, FBI Special Agent
*Printed name and title*

Sworn to before me and:  ☒ Signed in my presence
☐ submitted, attested to, and acknowledge by reliable electronic means.

Date: 05/31/2017

_____
*Judge's signature*

City and state: Rapid City, South Dakota      Daneta Wollmann, U.S. Magistrate Judge
*Printed name and title*