

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLARENCE YELLOW HAWK,<br>a/k/a Robert Pullian,<br>a/k/a Clarence Yellow Elk,<br>JAMIE SHOULDERS, and<br>SCOTT EDISON BENSON,<br><br>Defendants. | CR 17-50090-01<br>-02<br>-03<br><br><u>REDACTED INDICTMENT</u><br><br>First Degree Murder<br>(18 U.S.C. §§ 1111, 2, and 1153)<br><br>Discharge of a Firearm During a<br>Crime of Violence<br>(18 U.S.C. § 924(c)(1)(A)(iii))<br><br>Assault with a Dangerous Weapon<br>(18 U.S.C. §§ 113(a)(3) and 1153)<br><br>Assault Resulting in Serious Bodily<br>Injury<br>(18 U.S.C. §§ 113(a)(6) and 1153)<br><br>Misprision of a Felony<br>(18 U.S.C. § 4) |

The Grand Jury charges:

COUNT I

On or about May 27, 2017, near Sharps Corner, in Indian country, in the District of South Dakota, the defendant, Clarence Yellow Hawk, a/k/a Robert Pullian, a/k/a Clarence Yellow Elk, an Indian person, with malice aforethought did unlawfully kill Christopher Janis, by shooting him, and did aid and abet others in doing so, all in violation of 18 U.S.C. §§ 1111, 2 and 1153.

COUNT II

On or about May 27, 2017, near Sharps Corner, in the District of South Dakota, the defendants,

CLARENCE YELLOW HAWK,
a/k/a Robert Pullian, a/k/a Clarence Yellow Elk,
and JAMIE SHOULDERS,

during and in relation to crimes of violence for which they could be prosecuted in a court of the United States, that is, first degree murder in violation of 18 U.S.C. §§ 1111, 2 and 1153, assault with a dangerous weapon in violation of 18 U.S.C. §§ 113(a)(3) and 1153, and assault resulting in serious bodily injury in violation of 18 U.S.C. §§ 113(a)(6) and 1153, did use and carry and discharge a firearm, all in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

COUNT III

On or about May 27, 2017, near Sharps Corner, in Indian country, in the District of South Dakota, the defendant, Jamie Shoulders, an Indian person, did unlawfully assault Christopher Janis with a dangerous weapon, namely, a firearm, with the intent to do bodily harm, all in violation of 18 U.S.C. §§ 113(a)(3) and 1153.

COUNT IV

On or about May 27, 2017, near Sharps Corner, in Indian country, in the District of South Dakota, the defendant, Jamie Shoulders, an Indian person, did unlawfully assault Christopher Janis, and said assault resulted in serious bodily injury, all in violation of 18 U.S.C. §§ 113(a)(6) and 1153.

## COUNT V

On or about May 27, 2017, near Sharps Corner, in the District of South Dakota, the defendant, Scott Edison Benson, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, the assault and murder of Christopher Janis, did conceal the same by assisting the individuals responsible for assaulting and shooting Christopher Janis in fleeing the scene and did not as soon as possible make known the same to some judge or other person in civil authority under the United States, all in violation of 18 U.S.C. § 4.

A TRUE BILL

**NAME REDACTED**

_____
Foreperson

RANDOLPH J. SEILER
United States Attorney

By _____